

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Robert Dale Hines,                          \* From the 42nd District Court
of Taylor County
Trial Court No. 25861A.

Vs. No. 11-15-00237-CR              \* October 31, 2017

The State of Texas,                      \* Opinion by Wright, C.J.
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgments below.  Therefore, in accordance with this court's opinion, the judgments of the trial court are in all things affirmed.